UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-06069_MRA-KS | Date | December 4, 2025 |
|---|---|---|---|
| Title | *Jia Chen v. Alejandro Mayorkas et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED AS MOOT**

Plaintiff Jia Chen ("Plaintiff"), proceeding *pro se*, filed this action on July 19, 2024, against Defendants Alejandro Mayorkas, Merrick Garland, and David Radel (collectively, "Defendants"). ECF 1. Plaintiff's Complaint sought, *inter alia*, an order requiring Defendants to adjudicate Plaintiff's asylum application. *Id.* at 5.

On September 3, 2024, the Court entered the parties' joint stipulation to stay this action until October 20, 2025, or until the United States Citizenship and Immigration Services (USCIS) rendered a decision on Plaintiff's asylum application, whichever occurred earlier. ECF 7. The Court directed the parties to file a status report regarding Plaintiff's application on or before October 13, 2025, or when USCIS renders a decision. *Id.*

On November 20, 2025, Defendants filed a status update with the Court, indicating that USCIS issued a notice to Plaintiff reflecting its adjudication of Plaintiff's application on June 18, 2025. ECF 10; ECF 10-1 ¶ 6. Defendants sent this notice to Plaintiff on September 22, 2025, and again on October 10, 2025. ECF 10-1 ¶¶ 7, 9. According to Defendants, Plaintiff had not responded by the time of filing the status report.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing, no later than December 17, 2025, why Plaintiff's complaint should not be dismissed as moot. Plaintiff's response shall not exceed five (5) pages. Failure to timely respond may result in dismissal of this lawsuit for lack of prosecution. *See* Fed. R. Civ. Pro. 41(b); L.R. 41-1; *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (recognizing "inherent power" of district court to dismiss sua sponte for lack of prosecution).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06069_MRA-KS | Date | December 4, 2025 |
|---|---|---|---|
| Title | *Jia Chen v. Alejandro Mayorkas et al.* | | |

**IT IS SO ORDERED.**

                                                                                                   \_\_\_ : \_\_\_

Initials of Deputy Clerk     mku